# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA         :

vs.                              :  CRIMINAL NO.: 23-00170-JB-MU

JAMES LEROY HARRIS               :

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 28) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count(s) One and Two of the Indictment, Title 21, U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute Controlled Substances) and Title 21 U.S.C. § 841(a)(1) (Possession with Intent to Distribute Cocaine, is now accepted and the Defendant is adjudged guilty of such offense.  A sentencing hearing has been scheduled for **April 29, 2024, at 9:00 a.m.**

**DONE and ORDERED** this 16th day of November 2023.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE